# United States Bankruptcy Court
## Northern District of California

In re  **Michael S. Juncker**  
Debtor(s)

Case No.  
Chapter  **7**

## STATEMENT RE PAYMENT ADVICES

■  Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐  I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date  **November 11, 2009**  Signature  **/s/ Michael S. Juncker**  
**Michael S. Juncker**  
Debtor

Date  **November 11, 2009**  Signature  **/s/ Dennis R. Wheeler**  
**Dennis R. Wheeler 221317**  
Attorney

# SAN FRANCISCO UNIFIED SCH DIST
1555 Van Ness Avenue
San Francisco, CA 94102

| | |
|---|---|
| Pay Group: | CSF-Certificated Staff |
| Pay Begin Date: | 06/21/2009 |
| Pay End Date: | 06/28/2009 |

Business Unit: CLE
Advice #: 0000
Advice Date: 07/10/

Michael S. Juncker
1045 Mission Street
Apt 17
San Francisco CA 94103

| | |
|---|---|
| Employee ID: | 023060 |
| Department: | 562-GARFIELD ELEMENTARY |
| Location: | Garfield E.S. |
| Job Title: | Eld Classroom Teacher |
| Pay Rate: | $311.33 Daily |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Single, or Married |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | | | 4,773.67 | 1,277.00 | 37,851.42 |
| Prop A UESF Addl Salary Comp | | | 59.67 | | 358.02 |
| Ext-Sick Pay | | | 0.00 | 7.00 | 2,179.28 |
| Staff Development Buy Back-Cer | | | 0.00 | 1.00 | 311.33 |
| Workshop/Inservice Stipend | | | 0.00 | | 30.00 |
| No Dock | | | 0.00 | 5.50 | 908.71 |
| Extended Sick Pay | | | 0.00 | 5.50 | 1,712.29 |
| Total: | | | 4,833.34 | 1,296.00 | 42,442.34 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 567.11 | 5,104.53 |
| Fed MED/EE | 64.88 | 571.69 |
| CA Withholdng | 145.35 | 1,255.42 |
| Total: | 777.34 | 6,931.64 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pay Plan I Pre-Tax | 358.91 | 3,015.21 |
| Tax Sheltered Annuity Deduct | 200.00 | 1,800.00 |
| State Teachers Retirement Sys | 386.67 | 3,395.40 |
| Total: | 945.58 | 8,210.61 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| NEA Fund/Children & Public Ed | 11.00 | 99.00 |
| UESF Full Dues w/ Prop A PAS | 83.48 | 333.92 |
| UESF Mandatory COPE Monthly | 1.67 | 15.03 |
| UESF - Full Dues | 0.00 | 415.00 |
| Total: | 96.15 | 862.95 |

## LEAVE BALANCES

| Description | Current | YTD |
|---|---|---|
| 0737 Sick | | 0.00 |
| 0737 Ext Sick | | 94.50 |
| Total: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4,833.34 | 3,887.76 | 777.34 | 1,041.73 | 3,014.27 |
| YTD: | 42,442.34 | 34,231.73 | 6,931.64 | 9,073.56 | 26,437.14 |

### NET PAY DISTRIBUTION
| | |
|---|---|
| Advice #000000000418642 | 3,014.27 |
| Total: | 3,014.27 |

MESSAGE: First of 1/6th check

---

SAN FRANCISCO UNIFIED SCH DIST
1555 Van Ness Avenue
San Francisco, CA 94102

Date: 07/10/2009

Advice No. 418642

Deposit Amount: **$3,014.27**

To The Account(s) Of
MICHAEL S. JUNCKER
1045 Mission Street
Apt 17
San Francisco, CA 94103

### DIRECT DEPOSIT DISTRIBUTION
| Account Type | Deposit Amount |
|---|---|
| Checking | 3,014.27 |
| Total: | 3,014.27 |

## NON-NEGOTIABLE

Case: 09-33544    Doc# 6    Filed: 11/11/09    Entered: 11/11/09 17:20:47    Page 2 of 3

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
35 Van Ness Avenue | | | | | Pay Begin Date: 08/21/2009 | | | | Advice #: 000000000438583 | |
an Francisco, CA 94102 | | | | | Pay End Date: 09/20/2009 | | | | Advice Date: 09/30/2009 | |

| | | |
|---|---|---|
| Iichael S. Juncker | Employee ID: 023060 | TAX DATA: Federal CA State |
| 045 Mission Street | Department: 562-GARFIELD ELEMENTARY | Marital Status: Single    Single, or Married with t |
| pt 17 | Location: Garfield E.S. | Allowances: 0    0 |
| an Francisco CA 94103 | Job Title: Eld Classroom Teacher | Addl. Pct.: |
| | Pay Rate: $322.01 Daily   Grade:B7  Step:12 | Addl. Amt.: |

## HOURS AND EARNINGS / TAXES

| Description | Prior Period Begin Date | End Date | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| egErn | | | | | 4,937.42 | 1,443.00 | 42,144.83 | Fed Withholdng | 605.44 | 5,709.97 |
| egErn | 08/19/2009 | 08/20/2009 | 322.005000 | 2.00- | 644.01- | | 0.00 | Fed MED/EE | 67.30 | 638.99 |
| ropAUEASC | | | | | 62.58 | | 420.60 | CA Withholdng | 157.62 | 1,413.04 |
| aff Dev | 08/19/2009 | 08/20/2009 | | 2.00 | 644.01 | 3.00 | 955.34 | | | |
| ck Pay | | | | | 0.00 | 7.00 | 2,179.28 | | | |
| b Dock | | | | | 0.00 | 5.50 | 908.71 | | | |
| ksp/Ins | | | | | 0.00 | | 30.00 | | | |
| t Sck Py | | | | | 0.00 | 5.50 | 1,712.29 | | | |
| tal: | | | | | 5,000.00 | 1,464.00 | 47,442.34 | Total: | 830.36 | 7,762.00 |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / LEAVE BALANCES

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| ty Plan I Pre-Tax | 358.91 | 3,374.12 | NEA Fund/Children & Public Ed | 11.00 | 110.00 | 0737 Sick | | 10.00 |
| x Sheltered Annuity Deduct | 200.00 | 2,000.00 | UESF Full Dues w/ Prop A PAS | 86.14 | 420.06 | 0737 Ext Sick | | 100.00 |
| ate Teachers Retirement Sys | 400.00 | 3,795.40 | UESF Mandatory COPE Monthly | 1.67 | 16.70 | | | |
| | | | UESF - Full Dues | 0.00 | 415.00 | | | |
| tal: | 958.91 | 9,169.52 | Total: | 98.81 | 961.76 | Total: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| rrent: | 5,000.00 | 4,041.09 | 830.36 | 1,057.72 | 3,111.92 |
| D: | 47,442.34 | 38,272.82 | 7,762.00 | 10,131.28 | 29,549.06 |

ESSAGE:

### NET PAY DISTRIBUTION
| | |
|---|---|
| Advice #000000000438583 | 3,111.92 |
| Total: | 3,111.92 |

---

N FRANCISCO UNIFIED SCH DIST
5 Van Ness Avenue
n Francisco, CA 94102

Date
09/30/2009

Advice No.
438583

### DIRECT DEPOSIT DISTRIBUTION
| Account Type | Deposit Amount |
|---|---|
| Checking | 3,111.92 |
| Total: | 3,111.92 |

eposit Amount:   $3,111.92

The
count(s) Of   **MICHAEL S. JUNCKER**
1045 Mission Street
Apt 17
San Francisco, CA 94103

# NON-NEGOTIABLE