1   Timothy J. Silverman, Esq. [SBN 145264]
    SOLOMON, GRINDLE, SILVERMAN & SPINELLA
2   A Professional Corporation
    12651 High Bluff Drive, Suite 300
3   San Diego, California 92130
    Telephone: (858) 793-8500
4   Facsimile: (858) 793-8263

5   Attorneys for Secured Creditor/Moving Party
    JP MORGAN CHASE BANK, N.A.

6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

10

11  In re:                                )   Case No: 09-33544
                                          )
12          MICHAEL S. JUNKER,            )   RS No: TJS-634
                                          )
13                  Debtor.               )   Chapter 7
    _____        )
14                                        )
    JP MORGAN CHASE BANK, N.A.,           )   **NOTICE OF HEARING ON MOTION**
15                                        )   **FOR RELIEF FROM AUTOMATIC**
                    Movant,               )   **STAY**
16  -vs-                                  )
                                          )
17  MICHAEL S. JUNKER; E. LYNN            )   Date: January 7, 2010
    SCHOENMANN, Chapter 7 Trustee,        )   Time: 9:30 a.m.
18                                        )   Ctrm: 22
                    Respondents.          )
19                                        )
                                          )   *The Courtroom of the Honorable Dennis*
20                                        )   *Montali*
                                          )
21  _____        )

22          PLEASE TAKE NOTICE that on January 7, 2010 at 9:30 p.m. in the Courtroom of the

23  Honorable Dennis Montali located at 235 Pine Street, San Francisco, California 94104, Secured

24  Creditor, JP MORGAN CHASE BANK, N.A.("JP MORGAN ") will move this Court for relief

25  from the automatic stay to enforce its lien against personal property described as a 2007 Toyota

26  Camry, VIN JTNBB46K873030144 ("property").

27  ///

28  ///

Case: 09-33544    Doc# 10    Filed: 11/25/09    Entered: 11/25/09 13:13:46    Page 1 of 2

1         Pursuant to the Local Rules for the Northern District of California, 4001-1(f), a written

2 response is not required to be filed.  A respondent may file responsive pleadings including points

3 and authorities and declarations.

4        **If any responding party fails to appear at the hearing on the Motion for Relief from**

5 **Stay, the Court may default that party and grant moving party the relief requested in the**

6 **Motion.**

7 Dated: November 25, 2009                   Respectfully Submitted,

8                                      SOLOMON, GRINDLE, SILVERMAN &
        SPINELLA

9

10

11                                      By: /s/ Timothy J. Silverman
        Timothy J. Silverman, Esq.
        Attorneys for Secured Creditor,

12                                      JP MORGAN CHASE BANK, N.A.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2